# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**THOMAS SCHUELKE,**

     **Plaintiff,**

vs.                **Case No.: 14-cv-139**

**CAROLYN COLVIN,**
 **Commissioner of Social Security,**

     **Defendant.**

## NOTICE OF APPEAL

  *Notice is hereby given* that Thomas Schuelke, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated June 5, 2015 and the judgment dated June 8, 2015 by Federal District Judge James Peterson which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

  Dated this 4th day of August, 2015.

                  **DUNCAN DISABILITY LAW, S.C.**
                  Attorneys for the Plaintiff

                  /s/ Dana W. Duncan
                  _____
                  Dana W. Duncan
                  State Bar I.D. No. 01008917
                  3930 8th Street South, Suite 201
                  Wisconsin Rapids, WI 54494
                  (715) 423-4000